Stan MOTLEY, Plaintiff–Appellant,

v.

FULTON COUNTY, GEORGIA, et al., Defendants–Appellees.

No. 15–11628

Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 16, 2016.

Harlan S. Miller, III, Parks Chesin & Walbert, PC, Atlanta, GA, for Plaintiff–Appellant.

Sandy R. Burney, Kaye Woodard Burwell, Jerolyn Webb Ferrari, Lanna Renee Hill, Nwakaego Nkumeh, R. David Ware, Kristen B. Williams, Fulton County Attor-

---

ney's Office, Atlanta, GA, for Defendants–Appellees.

Before JORDAN and BLACK, Circuit Judges, and KALLON,* District Judge.

PER CURIAM:

Following a review of the record, and with the benefit of oral argument, we affirm the district court's grant of summary judgment. This is one of those rare cases where, despite the existence of a *prima facie* case and sufficient evidence of pretext, no rational jury could conclude that the termination was discriminatory. *See Reeves v. Sanderson Plumbing Products, Inc.*, 530 U.S. 133, 148, 120 S.Ct. 2097, 147 L.Ed.2d 105 (2000); *Flowers v. Troup County*, 803 F.3d 1327, 1339 (11th Cir. 2015); *Schnabel v. Abramson*, 232 F.3d 83, 90–91 (2d Cir.2000).

**AFFIRMED.**